# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN R. WEINSTEIN,

             Plaintiff,

vs.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

             Defendant.

Case No. 2:12-cv-01094-LRH-PAL

**ORDER**

(Mtn to Serve - Dkt. #14)

       This matter is before the court on Plaintiff Steven R. Weinstein's Motion to Serve Party with Summons and Complaint (Dkt. #14) filed December 27, 2012. The court has considered the Motion.

       Plaintiff is proceeding in this action in forma pauperis. On August 1, 2012, the court entered an Order (Dkt. #2) screening Plaintiff's Complaint (Dkt. #4) pursuant to 28 U.S.C. § 1915 and directing the Clerk of Court to serve the Complaint pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. Specifically, the Screening Order directed the Clerk of the Court to issue summons for and serve process upon the Office of General Counsel for the Social Security Administration ("SSA") in Baltimore, Maryland; and the Attorney General in Washington, D.C. *See* Screening Order (Dkt. #2). The Clerk issued Summons (Dkt. #3) and mailed them with the Complaint to the Office of General Counsel and the Attorney General by certified mail as directed in the Screening Order. *See* Dkt. #2. The docket reflects that service is complete on the Attorney General. *See* Summons Returned Executed (Dkt. #8). In an Order (Dkt. #11) entered October 22, 2012, the court directed service on the Office of Regional Chief Counsel for Region IX of the Social Security Administration in San Francisco, California, pursuant to 70 Fed. Reg. 73320 (Dec. 9, 2005). The Clerk complied, and service was returned executed. *See* Certificate of Service (Dkt. #13).

Additionally, the Screening Order directed the Clerk of Court to issue summons to the United States Attorney for the District of Nevada and deliver the summons to the U.S. Marshal for service. The Clerk issued Summons (Dkt. #6-2), and the U.S. Marshal's Service effected service. *See* Summons Returned Executed (Dkt. #15).

Having reviewed and considered the matter,

**IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (Dkt. #14) is DENIED AS MOOT.

Dated this 14th day of January, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE