1  Marc V. Kalagian
   Attorney at Law:  4460
2  Law Offices of
   Rohlfing & Kalagian, LLP
3  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
4  Tel.: (562)437-7006
   Fax: (562)432-2935
5  E-mail marckalagian_rohlfinglaw@hotmail.com

6  Attorneys for Plaintiff
   Steven Weinstein

7

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12 STEVEN WEINSTEIN,              ) Case No.: 2:12CV01094 LRN PAL
                                  )
13       Plaintiff,               ) PLAINTIFF'S MOTION FOR
                                  ) EXTENSION OF TIME TO FILE HIS
14   vs.                          ) MOTION FOR REVERSAL AND/OR
                                  ) REMAND
15 MICHAEL J. ASTRUE, Commissioner )
   of Social Security,            )
16                                )
                                  )
17       Defendant                )
                                  )

18

19      TO DEFENDANT MICHAEL J. ASTRUE, AS THE COMMISSIONER OF

20 SOCIAL SECURITY, AND TO HIS ATTORNEYS OF RECORD:

21      Plaintiff Steven Weinstein, by and through his attorneys of record,

22 respectfully requests an extension of time to and including April 26, 2013, in

23 which to file his motion for reversal and/or remand.  Marc V. Kalagian requires

24 additional time to allow him to properly research the issues to prepare the motion

25 for reversal and/or remand or otherwise plead.

26

-1-

This request is being filed as a motion as the undersigned counsel was unable to timely contact opposing counsel of record for defendant before the filing due date.

DATE: April 12, 2013         Respectfully submitted,

LAW OFFICES OF
ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Steven Weinstein

IT IS SO ORDERED this 16th day of April, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

-2-