UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN R. WEINSTEIN,,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,[1]<br><br>                Defendant. | Case No. 2:12-cv-01094-APG-PAL<br><br>**Order Accepting Report of Findings and Recommendation and Affirming Decision of the Commissioner** |

On March 24, 2014, Magistrate Judge Leen entered her Report of Findings and Recommendation [Dkt. #27] recommending that Plaintiff's Motion to Remand be denied and that Defendant's Cross-Motion to Affirm be granted. Pursuant to Local Rule IB 3-2, any objection to Judge Leen's Report had to be filed within 14 days from the date of service. To date, no objection has been filed. Nevertheless, I have reviewed Judge Leen's Report and find that it sets forth the appropriate factual and legal analysis and conclusions. Based upon the findings and conclusions set forth by Judge Leen, the failure to file any objection thereto, and this court's *de novo* review,

**IT IS HEREBY ORDERED** that Magistrate Judge Leen's Report of Findings and Recommendation is accepted in its entirety, the Commissioner of Social Security's final decision is affirmed, and judgment is hereby entered in favor of Defendant.

Dated: June 3, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] As set forth in the Report of Findings and Recommendation (Dkt. #27), Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she is substituted for Michael J. Astrue as the Defendant in this matter.